FILED

12/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0495

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

---

TOWN OF KEVIN,

        Petitioner and Appellant,

    vs.

MONTANA DEPARTMENT OF
NATURAL RESOURCES AND
CONSERVATION,

        Respondent and Appellee,

CITY OF SHELBY

        Applicant and Appellee.

Case No.:  DA 23-0495

**ORDER GRANTING MOTION
FOR EXTENSION OF TIME TO
FILE OPENING BRIEF**

---

Appellant Town of Kevin, having filed a *Motion for Extension of Time to File Opening Brief*, and good cause appearing therefor;

IT IS HEREBY ORDERED that said Motion is GRANTED.  Appellant's Opening Brief is due on or before January 2, 2024.

**Electronically dated and signed below.**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 8 2023